UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-88-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN FELTOVIC | ORDER TO SEAL |

On motion of the Defendant, John Feltovic, and for good cause shown, it is hereby ORDERED that the **[DE 28]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __15__ day of May, 2012.

TERRENCE W. BOYLE
United States District Judge